Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

February 25, 20 26

Joshua C. Lewis

By _____ Deputy

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANCHO CARL-JAMES WILLIAMS,<br><br>Defendant. | NO.    CR26-028 JHC<br><br>**INDICTMENT** |

The Grand Jury charges that:

## COUNT 1

### (Unlawful Possession of a Machinegun)

On or about January 22, 2026, in King County, within the Western District of Washington, MANCHO CARL-JAMES WILLIAMS did knowingly and unlawfully possess a machinegun, that is, a Glock Model 17 9mm pistol with an extended capacity magazine and an affixed machinegun conversion device, a weapon which was designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

All in violation of Title 18, United States Code, Sections 922(o) and 921(a)(24), and Title 26, United States Code, Section 5845(b).

Indictment - 1
United States v. Williams
USAO No. 2026R00144

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Unlawful Possession of a Firearm)

On or about January 22, 2026, in King County, within the Western District of Washington, MANCHO CARL-JAMES WILLIAMS, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i.   *Unlawful Possession of a Firearm in the Second Degree*, in the King County Superior Court, under case number 24-1-02855-9, on or about March 14, 2025;

ii.  *Tampering with a Witness – Domestic Violence*, in the King County Superior Court, under case number 19-1-02541-3, on or about March 12, 2021; and

iii. *Unlawful Possession of a Firearm in the First Degree* and *Assault in the Second Degree* in the King County Superior Court, under case number 19-1-02179-5, on or about March 12, 2021;

knowingly possessed, in and affecting interstate and foreign commerce, a firearm, that is: a Glock Model 17 9mm pistol with an extended capacity magazine and an affixed machinegun conversion device, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 3

### (Unlawful Possession of Ammunition)

On or about January 22, 2026, in King County, within the Western District of Washington, MANCHO CARL-JAMES WILLIAMS, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i.   *Unlawful Possession of a Firearm in the Second Degree*, in the King County Superior Court, under case number 24-1-02855-9, on or about March 14, 2025;

Indictment - 2
*United States v. Williams*
USAO No. 2026R00144

      ii.     *Tampering with a Witness – Domestic Violence*, in the King County Superior Court, under case number 19-1-02541-3, on or about March 12, 2021; and

      iii.     *Unlawful Possession of a Firearm in the First Degree* and *Assault in the Second Degree* in the King County Superior Court, under case number 19-1-02179-5, on or about March 12, 2021;

knowingly possessed, in and affecting interstate and foreign commerce, ammunition, that is: one 5.56 caliber round and a box of 27 Magtech 9mm rounds, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of any of the offenses alleged in Counts 1 through 3, MANCHO CARL-JAMES WILLIAMS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), by way of Title 28, United States Code, Section 2461(c), any firearms and ammunition that were involved in the offense, including but not limited to:

1.     One Glock Model 17 9mm pistol with an extended capacity magazine and an affixed machinegun conversion device, and any associated ammunition, seized on or about January 22, 2026, from the person of MANCHO CARL-JAMES WILLIAMS; and

2.     Ammunition seized on or about January 22, 2026, from a vehicle occupied by MANCHO CARL-JAMES WILLIAMS, including a 5.56 caliber round, a magazine filled with rounds of .380 ammunition, and a box of 9mm rounds.

//

//

//

Indictment - 3
*United States v. Williams*
USAO No. 2026R00144

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or,

   e. has been commingled with other property which cannot be divided

      without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: February 25th, 2026

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
SARAH Y. VOGEL
Criminal Chief Assistant United States Attorney

_____
TODD GREENBERG
Assistant United States Attorney

Indictment - 4
*United States v. Williams*
USAO No. 2026R00144

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970