UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR26-028-JHC |
| Plaintiff, | ) | |
| v. | ) | ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |
| MANCHO CARL-JAMES WILLIAMS, | ) | |
| Defendant. | ) | |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline along with the records in this case.  Dkt. # 13.

IT IS ORDERED that the due date for pretrial motions is extended from April 17, 2026, to April 24, 2026.

Dated this 15th day of April 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER TO EXTEND DEADLINE FOR
PRETRIAL MOTIONS
(*United States v. Williams*, No. CR26-028-JHC) - 1